```
                              UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. William H. Walls
                            :
          v.                :    Criminal No. 05-540
                            :
RICHARD TURNER,             :    CONTINUANCE ORDER

     a/k/a "E-Man"
```

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and defendant Richard Turner (by Donald McCauley, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

2. Additional time is necessary in which to negotiate a plea agreement;

3. Defendant has consented to the aforementioned continuance;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 1 day of April, 2008,

IT IS ORDERED that defendant's motions, if any, shall be filed by April 22, 2008, the government's response, if any shall be filed by May 6, 2008, the hearing on any motion shall be on May 20, 2008, and the trial is scheduled for June 2, 2008; and

IT IS FURTHER ORDERED that the period from April 1, 2008 through June 2, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. WILLIAM H. WALLS
United States District Judge