UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| | : | |
| v. | : | Criminal No. 05-540 |
| | : | |
| RICHARD TURNER, | : | CONTINUANCE ORDER |
| a/k/a "E-Man" | | |

This matter having come before the Court on the joint
application of Ralph J. Marra, Jr., Acting United States Attorney
for the District of New Jersey (by R. Joseph Gribko, Assistant
U.S. Attorney), and defendant Richard Turner (by Michael
Pedicini, Esq.) for an order granting a continuance of the
proceedings in the above-captioned matter, and the defendant
being aware that he has the right to have the matter brought to
trial within 70 days of the date of his appearance before a
judicial officer of this court pursuant to Title 18 of the United
States Code, Section 3161(c)(1), and as the defendant has
consented to such a continuance, and for good and sufficient
cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

1.  Plea negotiations are currently in progress, and both
the United States and the defendant desire additional time to
negotiate a plea agreement, which would render any trial of this
matter unnecessary;

2.   Additional time is necessary in which to negotiate a plea agreement;

3.   Defendant has consented to the aforementioned continuance;

4.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 29 day of April 2009,

IT IS ORDERED that the trial is scheduled for June 16, 2009; and

IT IS FURTHER ORDERED that the period from April 28, 2009 through June 16, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. WILLIAM H. WALLS
United States District Judge