PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Richard Turner**  Docket No. **05CR540-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Roberto Cordeiro**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Richard Turner**, who was placed under pretrial release supervision by the **Honorable William H. Walls, Sr. U.S. District Judge.** sitting in the Court at Newark, New Jersey, on June 17, 2009, under the following conditions:

- Personal Recognizance Bond.
- Pretrial Services Supervision.
- House arrest.
- Third party custodian Diane Stuart (105 Presidential Boulevard, Paterson, New Jersey).
- Travel restricted to New Jersey.
- Surrender passport and do not apply for passport or any travel documents.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **that the defendant submit to drug testing and treatment as deemed appropriated by Pretrial Services.**

ORDER OF COURT

Considered and ordered this _22_ day of _June_, _2009_ and ordered filed and made a part of the records in the above case.

_____
Honorable William H. Walls
Sr. U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 17, 2009_

_____
Roberto Cordeiro
U.S. Pretrial Services Officer