# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>vs.<br><br>RICHARD TURNER,<br><br>DEFENDANT. | Criminal No. 05-540(WHW)<br><br>CONSENT ORDER<br>MODIFYING CONDITIONS<br>OF RELEASE |

THIS MATTER having been opened to the Court by the defendant, Richard Turner, through his attorney, Michael N. Pedicini, Esq., in the presence of and with the consent of the United States of America, (R. Joseph Gribko, Esq., Assistant United States Attorney appearing) and without the objection of Pre-Trial Services for an Order permitting Mr. Turner to reside at 228 Wayne Avenue, Patterson, NJ and with Latwasha Nelson acting as third party custodian and the Court having considered the matter and for good and sufficient cause shown;

IT IS ON THIS 7th DAY OF July 2009;

ORDERED that Defendant is permitted to reside at 228 Wayne Avenue, Patterson, New Jersey with the approval and supervision of Pre-Trial Services; and it is further

ORDERED that Latwasha Nelson shall act as the Third Party Custodian for Defendant; and it is further

ORDERED that Pre-Trial Services shall approve of any change in location of residence or change of the Third Party Custodian; and it is further

ORDERED that all other conditions of release heretofore imposed be and the same shall continue in full force and effect until further order of this court.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

I hereby consent to the form and entry of the within Order.

_____
R. JOSEPH GRIBKO, ESQ.
Assistant U.S. Attorney

_____
MICHAEL N. PEDICINI, ESQ.
Attorney for Defendant,
Richard Turner