UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 05-540(WHW) |
| | : | |
| v. | : | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| | : | |
| RICHARD TURNER | | |

**THIS MATTER** having been opened to the Court by defendant, Richard Turner, through his attorney Michael N. Pedicini, Esq., in the presence of and without objection of the United States of America, (R. Joseph Gribko, Esq., Assistant United States Attorney appearing) and without objection of Pre-Trial Services for an Order modifying the defendant's conditions of release so as to permit him to travel to Florida to visit his relatives, and the Court having considered the matter and for good and sufficient cause shown;

**IT IS** on this 31 day of August, 2009;

**ORDERED** that the defendant shall be permitted to travel to Florida to visit his relatives from Friday, September 11, 2009 through Tuesday, September 15, 2009; and it is further

**ORDERED** that the defendant shall provide his itinerary to Pre-Trial Services indicating the name, address and telephone number of where the defendant intends to reside during his stay; and it is further

**ORDERED** that all other conditions of release heretofore imposed shall remain in full force and effect until further Order of this Court.

_____
HONORABLE WILLIAM H. WALLS
**UNITED STATES DISTRICT JUDGE**
