UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :

                                     CRIM. NO.  05-540(WHW)

                              :

        v.                 :        **ORDER MODIFYING**
                                       **CONDITIONS OF RELEASE**

                              :

RICHARD TURNER

**THIS MATTER** having been opened to the Court by defendant, Richard Turner, through his attorney Michael N. Pedicini, Esq., in the presence of and without objection of the United States of America,  (R. Joseph Gribko, Esq., Assistant United States Attorney appearing) and without objection of Pre-Trial Services for an Order modifying the defendant's conditions of release so as to permit him to travel with Nyesha Coleman, on or about December 13, 2009, and the Court having considered the matter and for good and sufficient cause shown;

**IT IS on this** _10 th_ **day of** _December_ , **2009**;

**ORDERED** that the defendant shall be permitted to travel with Nyesha Coleman upon prior approval of Pre-Trial Services beginning on or about December 13, 2009; and it is further

**ORDERED** that the defendant shall provide his itinerary to Pre-Trial Services indicating the length of time of the proposed travel and the name, address and telephone number of  where the defendant intends to reside during his travel; and it is further

**ORDERED** that all other conditions of release heretofore imposed shall remain in full force and effect until further Order of this Court.

HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE