UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA      :
                                       CRIM. NO.  05-540(WHW)
                              :

         v.                   :     **ORDER MODIFYING
                                    CONDITIONS OF RELEASE**
                              :
RICHARD TURNER


**THIS MATTER** having been opened to the Court by the defendant, Richard Turner, through his attorney Michael N. Pedicini, Esq., in the presence of and without objection of the United States of America, (R. Joseph Gribko, Esq., Assistant United States Attorney appearing) and without objection of Pre-Trial Services for an Order that Defendant's travel restrictions shall be modified so as to permit travel outside the State of New Jersey upon prior approval of Pre-Trial Services and it appearing that the United States has no objection to the proposed modification and the Court having considered the matter and for good and sufficient cause shown;

 **IT IS** on this  21  day of December , 2009;


**ORDERED** that the defendant's travel restrictions shall be modified to permit him to travel outside the State of New Jersey

upon prior approval of Pre-Trial Services; and it is further

**ORDERED** that all other conditions of Defendant's supervised release shall remain in full force and effect until further Order of this Court.

                                                                    _____
                                                                    HONORABLE WILLIAM H. WALLS
                                                                    UNITED STATES DISTRICT JUDGE