UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>vs.<br><br>RICHARD TURNER,<br><br>DEFENDANT. | Criminal No. 05-540(WHW)<br><br><br><br>**CONSENT ORDER<br>MODIFYING CONDITIONS<br>OF RELEASE** |

**THIS MATTER** having been opened to the Court by the defendant, Richard Turner, through his attorney, Michael N. Pedicini, Esq., in the presence of and with the consent of the United States of America, (R. Joseph Gribko, Esq., Assistant United States Attorney appearing) and without the objection of Pre-Trial Services for an Order permitting Mr. Turner to reside at 700 North Courtney Parkway, Merritt, Florida with his mother, Dorothy Turner acting as third party custodian and the Court having considered the matter and for good and sufficient cause shown;

IT IS ON THIS 17 DAY OF August 2010;

**ORDERED** that Defendant is permitted to reside at 700 North Courtney Parkway, Merritt, Florida with the approval and supervision of Pre-Trial Services; and it is further

**ORDERED** that Dorothy Turner shall act as the Third Party Custodian for Defendant; and it is further

**ORDERED** that Pre-Trial Services shall approve of any change in location of residence or change of the Third Party Custodian; and it is further

**ORDERED** that all other conditions of release heretofore imposed be and the same shall continue in full force and effect until further order of this court.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the within Order.

_____
R. JOSEPH GRIBKO, ESQ.
Assistant U.S. Attorney

_____
MICHAEL N. PEDICINI, ESQ.
Attorney for Defendant,
Richard Turner